UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALBERT BELL,<br><br>   Plaintiff,<br><br>  v.<br><br>WEN YI CHEUK,<br><br>   Defendant. | Case No. 20-cv-03518-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

  Cheuk is ordered to show cause why the Court should not: (i) issue an order directing that the children be returned to the United Kingdom; and (ii) award Bell costs and fees incurred in bringing the petition. A written response to this order is due Monday, June 8. A hearing on the order to show cause is set for 10:00 AM on Thursday, June 11 to discuss a schedule for adjudication of the order. The parties are ordered to appear at the hearing. Cheuk is directed not to remove the children from within the jurisdictional boundaries of the Northern District of California while these proceedings are ongoing.

  **IT IS SO ORDERED.**

Dated: June 1, 2020

                VINCE CHHABRIA
                United States District Judge